Philip Van Alstine, Respondent, v. Gertrude Burt, Appellant.— Motion for stay until after the determination of the appeal of this action granted, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

In the Matter of the Application of the Board of Education of Union Free School District Number Eight of the Town of Cortlandt, Westchester County, N. Y., Respondent, to Acquire Certain Real Estate, etc. Elihu B. Frost and Antoinette F. Stout, Individually and as Sole Surviving Executors, etc., of Calvin Frost, Deceased, Appellants.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ., concurred.

Esther J. Palmer, Respondent, v. Reuben G. Brewer and John F. Hunter, as Executors, etc., of Ann Eliza Palmer, Deceased, and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. Louis Levine, Appellant.— Judgment of conviction of the County Court of Kings county reversed and new trial ordered, on account of errors in ruling appearing at folios 63, 74–76, 84, 111, 113, 170 and 171. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. Larry Lombardo, Appellant.— Judgment of conviction of the County Court of Kings county and orders affirmed. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

The People of the State of New York ex rel. John W. Mann, Relator, v. William F. Baker, as Police Commissioner of the City of New York, Respondent.— Determination as to second specification confirmed, with ten dollars costs and disbursements, and writ dismissed. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Elvira Rossi, as Administratrix, etc., of Leonard Rossi, Deceased, Respondent, v. The Long Island Railroad Company, Appellant.— Order denying motion for new trial on the ground of newly-discovered evidence reversed, with costs, and motion granted. No opinion. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.

Elvira Rossi, as Administratrix, etc., of Leonard Rossi, Deceased, Respondent, v. The Long Island Railroad Company, Appellant.— Inasmuch as the order denying motion for a new trial on the ground of newly-discovered evidence has been reversed (ante, p. 892), the appeal from the judgment and order is dismissed, without costs. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.

Minnie Adlin, as Administratrix, etc., of Elimelech Adlin, Deceased, Appellant, v. The Excelsior Brick Company of Haverstraw, Respondent, Impleaded with James W. Gillies and Others.— Judgment reversed and new trial granted, costs to abide the event, on the ground that the question whether the decedent had voluntarily exposed himself to a known danger was for the jury. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.